UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHERLIN JORGE,

                      Plaintiff,

    -v-                                        CIVIL ACTION NO. 23 Civ. 8573 (JHR) (SLC)

JAIME ARACENA and URS MIDWEST INC. d/b/a
URS AUTO,                               **ORDER**

                      Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephonic initial case management conference held today, December 20, 2023 (the "Conference"), the Court orders as follows:

1. The Court will enter the parties' proposed case management plan (ECF No. 14), with minor modifications, by separate Order.

2. The Court will refer this case to the Court-annexed Mediation Program by separate Order.

3. A telephonic status conference is scheduled for **Monday, February 26, 2024 at 12:00 p.m.** on the Court's conference line.  The parties are directed to call: (866) 390-1828; access code:  380-9799, at the scheduled time.  By **February 20, 2024**, the parties shall meet and confer and file a joint letter setting forth any open discovery disputes that are ripe for resolution by the Court.

4. Any party may order a transcript of the Conference by completing the annexed transcript request form and submitting it to etranscripts@nysd.uscourts.gov.

Dated:     New York, New York
           December 20, 2023

                                                 SO ORDERED.

*/s/ Sarah L. Cave*

**SARAH L. CAVE**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, <u>NOT the Southern District Court Reporters.</u> The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.

**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE SERVICE:
(prices listed are per page)

| Daily $7.30 | ○ | 3 Day $6.55 | ○ | 7 Day $5.85 | ○ | 14 Day $5.10 | ○ | 30 Day $4.40 | ○ |
|---|---|---|---|---|---|---|---|---|---|

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

[RESET]  [PRINT]  [SAVE]  [EMAIL]