UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHERLIN JORGE,

                Plaintiff,

    -v-

JAIME ARACENA and URS MIDWEST INC. d/b/a
URS AUTO,

                Defendants.

CIVIL ACTION NO. 23 Civ. 8573 (JHR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephonic status conference held today, April 12, 2024 (the "Conference"), the Court orders as follows:

1. By **June 15, 2024**, Plaintiff shall serve on Defendant URS Midwest Inc. a Federal Rule of Civil Procedure 30(b)(6) deposition notice.

2. A telephonic status conference is scheduled for **Friday, July 19, 2024 at 10:00 a.m.** on the Court's conference line.  The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.  By **July 15, 2024**, the parties shall meet and confer and file a joint letter (i) setting forth any open discovery disputes that are ripe for resolution by the Court, and (ii) reporting on the parties' settlement efforts to date, including whether they would like to be referred to the Court-annexed mediation program or schedule a settlement conference with the undersigned.

3. Any party may order a transcript of the Conference by completing the annexed transcript request form and submitting it to etranscripts@nysd.uscourts.gov.

Dated:      New York, New York
            April 12, 2024

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Request for the production of a transcript from an electronic recording**

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, <u>NOT the Southern District Court Reporters.</u>  The transcript will be delivered to your office and you will be  invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for  the transcription services described herein. This form should not be submitted for the purpose of obtaining  a price estimate.

**NOTE:**  CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request).
Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| **DOCKET NUMBER** | **DATE OF THE HEARING** | **JUDGE'S NAME** |
| | | |

## INDICATE  SERVICE:
(prices listed are per page)

| Daily $7.30 | ◯ | 3 Day $6.55 | ◯ | 7 Day $5.85 | ◯ | 14 Day $5.10 | ◯ | 30 Day $4.40 | ◯ |
|---|---|---|---|---|---|---|---|---|---|

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

| RESET | PRINT | SAVE | EMAIL |
|---|---|---|---|