UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHERLIN JORGE,

                Plaintiff,

-v-

JAIME ARACENA and URS MIDWEST INC. d/b/a URS AUTO,

                Defendants.

CIVIL ACTION NO. 23 Civ. 8573 (JHR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

    On November 25, 2024, the Court issued an Amended Case Management Plan ("ACMP") that, in part, directed the parties to file by Tuesday, January 7, 2025 "a joint letter [(the "Joint Letter")] certifying the completion of fact discovery and indicating whether they wish to participate in a settlement conference with the undersigned." (ECF No. 31 (the "Nov. 25 Order")). The parties failed to file the Joint Letter by the date set in the Nov. 25 Order. As a one-time courtesy, the Court sua sponte EXTENDS the deadline to file the Joint Letter to **Friday, January 10, 2025.** The ACMP's other deadlines remain unaffected by this Order.

Dated:    New York, New York
            January 8, 2025

                                SO ORDERED.

                                SARAH L. CAVE
                                United States Magistrate Judge