UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHERLIN JORGE,

                Plaintiff,

-v-

JAIME ARACENA and URS MIDWEST INC. d/b/a URS AUTO,

                Defendants.

CIVIL ACTION NO. 23 Civ. 8573 (JHR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On November 25, 2024, the Court issued an Amended Case Management Plan extending the fact discovery deadline in this matter to December 31, 2024 and the expert discovery deadline to January 31, 2025. (ECF No. 31 (the "Nov. 25 Order")). The Nov. 25 Order also directed the parties to file letters certifying the close of fact and expert discovery (the "Certification Letters") on, respectively, January 7, 2025 and February 7, 2025. (Id.) Despite this clear instruction—as well as an order issued on January 8, 2025 offering the parties a sua sponte extension to certify the close of fact discovery (see ECF No. 32)—the parties have not filed the Certification Letters as required. Accordingly, by **Tuesday, February 18, 2025**, the parties shall file a joint post-discovery status letter advising the Court as to whether they would like to participate in a settlement conference before the undersigned, plan to engage in dispositive motion practice, or wish to proceed to trial before the Honorable Jennifer H. Rearden. The parties' failure to comply with this Order may result in sanctions or a recommendation that this action be dismissed for failure to prosecute. See Fed. R. Civ. P. 16(f) ("On motion or on its own, the court may issue any just orders, including those authorized by Rule 37(b)(2)(A)(ii)–(vii), if a

party or its attorney . . . fails to appear at a scheduling or other pretrial conference . . . [or] fails to obey a scheduling or other pretrial order.").

Dated:       New York, New York
             February 11, 2025

                                        SO ORDERED.

                                        _____
                                        SARAH L. CAVE
                                        United States Magistrate Judge