UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHERLIN JORGE,

                        Plaintiff,

        -v-                                                CIVIL ACTION NO. 23 Civ. 8573 (JHR) (SLC)

JAIME ARACENA and URS MIDWEST INC. d/b/a                   **ORDER**
URS AUTO,

                        Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

On November 25, 2024, the Court issued an order extending the fact discovery deadline in this matter to December 31, 2024 and the expert discovery deadline to January 31, 2025.  (ECF No. 31 (the "Nov. 25 Order")).  After the parties failed to abide by the Nov. 25 Order's directives to file letters certifying the close of fact and expert discovery, the Court issued two orders reminding the parties of their obligations.  (See ECF Nos. 32, 33).  On February 28, 2025—ten days after the extended deadline to file a "joint post-discovery status letter" (ECF No. 33)— counsel for Plaintiff filed a Letter-Motion (1) explaining that an associate assigned to the case had "fail[ed] to complete discovery . . . or request an extension from the Court in which to do so" and (2) seeking "an extension for the parties to complete . . . discovery by May 29, 2025."  (ECF No. 34 (the "Letter-Motion")).

To discuss the Letter-Motion, the parties' repeated failures to abide by Court orders, and the schedule pursuant to which this case will proceed, an **in-person** status conference is scheduled for **Thursday, March 13, 2025 at 2:30 p.m.** in **Courtroom 18A of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York**.

Dated:      New York, New York
            March 3, 2025

                          SO ORDERED.

                          _____
                          **SARAH L. CAVE**
                          **United States Magistrate Judge**