UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHERLIN JORGE,

                Plaintiff,

-v-                                 CIVIL ACTION NO. 23 Civ. 8573 (JHR) (SLC)

JAIME ARACENA and URS MIDWEST INC. d/b/a
URS AUTO,                                 **ORDER**

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

      The Court is in receipt of Plaintiff's letter-motion for a local 37.2 conference (ECF No. 55) (the "Letter-Motion") and Defendants' response in opposition (ECF No. 56). A telephonic conference is scheduled for **Monday June 16, 2025 at 3:30 p.m.** EST on the Court's conference line. The parties are directed to call: 1-855-244-8681; meeting # 2308 226 4654 at the scheduled time. The parties shall be prepared to discuss their positions on the Letter-Motion.

Dated:        New York, New York
                June 5, 2025

                                                            SO ORDERED.

                                                            _____
                                                             SARAH L. CAVE
                                                             **United States Magistrate Judge**