UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHERLIN JORGE,

      Plaintiff,

 -v-

JAIME ARACENA and URS MIDWEST INC. d/b/a URS AUTO,

      Defendants.

CIVIL ACTION NO. 23 Civ. 8573 (JHR) (SLC)

**POST-CONFERENCE ORDER**

---

**SARAH L. CAVE,** United States Magistrate Judge.

Today, June 16, 2025, the Court held a conference in this action (the "Conference") to discuss Plaintiff's Motion for a Local Rule 37.2 Conference. (ECF Nos. 55–56). As discussed at the Conference, the Court orders as follows:

1. Fact discovery remains closed except for Defendants' production of: (1) a fact witness from URS knowledgeable and able to testify as to the newly produced speed-tracking data (see ECF No. 56-1), and (2) documentation reflecting the date of installation of the Smart Drive system in the vehicle involved in the accident. (ECF No. 1-1 ¶¶ 5, 18).

2. A follow-up telephonic conference is scheduled for **Tuesday, July 1, 2025 at 3:00 p.m.** on the Court's conference line. The parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

The Clerk of the Court is respectfully directed to close ECF No. 55.

Dated:  New York, New York
     June 16, 2025

SO ORDERED.

*[Signature: Sarah L. Cave]*

SARAH L. CAVE
United States Magistrate Judge