UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHERLIN JORGE,<br><br>                Plaintiff,<br><br>-v-<br><br>JAIME ARACENA and URS MIDWEST INC. d/b/a URS AUTO,<br><br>                Defendants. | CIVIL ACTION NO. 23 Civ. 8573 (JHR) (SLC)<br><br>**POST-CONFERENCE ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

As discussed at the telephonic status conference held today, July 1, 2025, the parties shall submit a joint status letter by **Friday, July 25, 2025** updating the Court on (1) whether the two remaining components of fact discovery are complete, the fact witness deposition and document production; (2) whether the parties require an extension of the expert discovery and summary judgment motion deadlines (see ECF No. 53); and (3) whether any settlement efforts have been undertaken or whether the parties request a settlement conference before the undersigned.

Dated:      New York, New York
              July 1, 2025

                                          SO ORDERED.

                                          _____
                                          SARAH L. CAVE
                                          **United States Magistrate Judge**