UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHERLIN JORGE,

                        Plaintiff,

    -v-                                                    CIVIL ACTION NO. 23 Civ. 8573 (JHR) (SLC)

JAIME ARACENA and URS MIDWEST INC. d/b/a                   **POST-CONFERENCE ORDER**
URS AUTO,

                        Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

As discussed at the telephonic status conference held today, August 11, 2025, the Court

orders as follows:

1.  Fact discovery remains CLOSED (ECF No. 60), except for Defendants':

    a.  Production of the Pedigree speed data for 3:45 p.m. through 5:45 p.m. on May
        25, 2022, the date of the accident (the "Accident");

    b.  Reasonable search to determine whether the Accident was recorded in the
        Federal Accident Register, and if so, production of information related to the
        Accident that is recorded in the Federal Accident Register;

2.  The Expert discovery deadline is EXTENDED to September 18, 2025;

3.  Based on the discussion with the parties today, the Court will not schedule a
    settlement conference at this time; and

4.  A follow-up telephonic conference is scheduled for **Wednesday, September 10, 2025
    at 11:00 a.m. EST** on the Court's conference line.  The parties are directed to call (855)
    244-8681; access code: 2308 226 4654, at the scheduled time.

Dated:        New York, New York
              August 11, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge