UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHERLIN JORGE,

                Plaintiff,

  -v-

JAIME ARACENA and URS MIDWEST INC. d/b/a URS AUTO,

                Defendants.

CIVIL ACTION NO. 23 Civ. 8573 (JHR) (SLC)

**POST-CONFERENCE ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

As discussed at the telephonic status conference held today, September 10, 2025, the Court orders as follows:

1. As the two remaining fact discovery items (<u>see</u> Dkt. No. 64), have been completed, fact discovery is now CLOSED.

2. The parties shall file a joint letter by **Wednesday, September 17, 2025** informing the Court of the scheduled date for Dr. Wilson's deposition and whether an extension of the expert discovery deadline and/or the dispositive motion deadline (<u>see</u> Dkt. Nos. 64; 66) is warranted.

Dated:    New York, New York
           September 10, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**