UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHERLIN JORGE,

                Plaintiff,

  -v-

JAIME ARACENA and URS MIDWEST INC. d/b/a
URS AUTO,

                Defendants.

CIVIL ACTION NO. 23 Civ. 8573 (JHR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court notes that no party has filed a dispositive motion in this matter.  Accordingly, by **Monday, January 5, 2026**, the parties are ORDERED to file a proposed Joint Pretrial Order and the accompanying submissions in accordance with the Individual Rules and Practices of the Honorable Jennifer H. Rearden.

Dated:     New York, New York
           December 1, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**